USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1156 JOHN S. BARTH, Plaintiff, Appellant, v. VISX, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ John S. Barth on brief pro se. _____________ Maureen A. MacFarlane, Lee T. Gesmer and Lucash, Gesmer & _______________________ _______________ __________________ Updegrove, LLP, on brief for appellee. ______________ ____________________ August 26, 1997 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm the order of the district court, dated August 19, 1996, essentially for the reasons stated in the district court's memorandum of the same date. As for the motion to recuse, we will assume arguendo that ________ appellant intended to file the motion in the present case and mistakenly put an earlier case number on the motion but, in any event, we affirm the order of the district court dated October 22, 1993, denying the motion for recusal, essentially for the reasons stated in the district court's order. Affirmed. Loc. R. 27.1. _________ -2-